IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAXEON SOLAR PTE. LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-210-JRG |
| | § | |
| CANADIAN SOLAR INC., | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Court is the Stipulation and Joint Motion to Dismiss U.S. Patent No. 11,251,315 (the "Stipulation and Joint Motion") filed by Plaintiff Maxeon Solar Pte. Ltd. and Defendant Canadian Solar Inc. (Dkt. No. 60). In the Stipulation and Joint Motion, the parties ask the Court to dismiss with prejudice all of Plaintiff's claims alleging infringement of U.S. Patent No. 11,251,315 (the "'315 Patent"). (*Id.* at 1). Specifically, that includes Count III of Plaintiff's Complaint. (*Id.*). The parties also ask the Court to dismiss Defendant's counterclaims that seek a declaratory judgment of non-infringement and invalidity of the '315 Patent, which are Count III and Count VI of Defendant's First Amended Answer. (*Id.*). They ask that these counterclaims be dismissed without prejudice. (*Id.*).

Having considered the Stipulation and Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's infringement allegations relating to the '315 Patent are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Defendant's counterclaims that seek a declaratory judgment of non-infringement and invalidity of the '315 Patent are hereby **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs as to the dismissed claims.

**So Ordered this**

**Jun 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE