**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MAXEON SOLAR PTE. LTD.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CANADIAN SOLAR INC.,**<br><br>Defendants. | CIVIL ACTION NO. 2:24-cv-210-JRG |

**JOINT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Maxeon Solar Pte. Ltd. ("Maxeon") and Defendant Canadian Solar Inc. ("CSI") (collectively, the "Parties") jointly move to dismiss this Case.  All remaining claims that Maxeon raised in this action should be dismissed WITH PREJUDICE, and all remaining claims, defenses, or counterclaims that CSI raised should be dismissed WITHOUT PREJUDICE.  Each of the Parties will bear its own costs, expenses, and attorneys' fees.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Bradford A. Cangro*
Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@pvuslaw.com
Jeremy D. Peterson (Admitted in TXED)

Respectfully submitted,

*/s/ Samuel N. Tiu*
Melissa Smith
Texas State Bar No. 24001351
Tom Gorham
Texas State Bar No. 24012715

1

13200001-1938014861-494

D.C. Bar No. 985738
jeremy.peterson@pvuslaw.com
Jacob A. Snodgrass (Admitted in TXED)
D.C. Bar No. 982661
jacob.snodgrass@pvuslaw.com
PV LAW LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 371-6861
Facsimile: (202) 888-3163

*Counsel for Plaintiff*
*Maxeon Solar Pte. Ltd.*

GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com
tom@gillamsmithlaw.com

Samuel N. Tiu
Lead Attorney
Brooke S. Böll
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 896-6095
Fax: (213) 896-6600
stiu@sidley.com
brooke.boll@sidley.com

Michael J. Bettinger
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200
Fax: (415) 772-7400
mbettinger@sidley.com

Leif E. Peterson II
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7190
leif.peterson@sidley.com

Jason Astle
Canadian Solar (USA) Inc.
1350 Treat Blvd., Suite 500
Walnut Creek, CA 94597
Phone: (925) 357-0826
jason.astle@csisolar.com

*Counsel for Defendant*
*Canadian Solar Inc.*

2

13200001-1938014861-494

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Parties complied with the meet and confer requirement in Local Rule CV-7(h) and that the Parties are agreed as to the relief requested in this motion.

/s/ Bradford A. Cangro
Bradford A. Cangro

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 9, 2026 to all counsel of record via ECF.

/s/ Bradford A. Cangro
Bradford A. Cangro

3

13200001-1938014861-494