# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**MAXEON SOLAR PTE. LTD.,**

    Plaintiff,

    **v.**

**CANADIAN SOLAR INC.,**

    Defendants.

CIVIL ACTION NO. 2:24-cv-210-JRG

## ORDER OF DISMISSAL

CAME ON FOR CONSIDERATION, Plaintiff Maxeon Solar Pte. Ltd. ("Maxeon") and Defendant Canadian Solar Inc. ("CSI") (collectively, the "Parties'") Joint Motion to Dismiss. Having considered the motion, it is hereby **GRANTED**.

Accordingly, all claims raised by Maxeon are DISMISSED WITH PREJUDICE and that all claims, defenses, or counterclaims raised by CSI are DISMISSED WITHOUT PREJUDICE. All attorneys' fees, expenses, and costs of court shall be borne by each party incurring the same. All pending requests for relief in the above-captioned case not explicitly granted herein are DENIED AS MOOT.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no parties remain.