**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MAXEON SOLAR PTE. LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00210-JRG |
| | § | |
| CANADIAN SOLAR INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion").  (Dkt. No. 71.)  In the Motion, the Parties jointly move to dismiss the above-captioned case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court orders that all claims raised by Plaintiff are **DISMISSED WITH PREJUDICE** and that all claims, defenses, or counterclaims raised by Defendant are **DISMISSED WITHOUT PREJUDICE**.  All attorneys' fees, expenses, and costs shall be borne by each Party incurring the same.  The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 13th day of July, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE